GENTIL G. PERRY, *ET AL.*, PLAINTIFFS-PETITIONERS, v. WILLIAM W. DUNLOP, *ET AL.*, DEFENDANTS-RESPON-DENTS.

*Mr. Seymour Gelzer,* for the petitioners.

*Messrs. Kiefer, Bollermann & Durkin,* for the respondents.

September 20, 1966. Denied.

SIDNEY G. FRIEND, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. DOUGLAS W. FRIEND, *ET AL.*, DEFENDANTS-PETI-TIONERS.

*Messrs. McGovern & Roseman,* for the petitioners.

*Messrs. Morris, Downing & Sherred,* and *Mr. John R. Knox* for the respondents.

September 20, 1966. Denied.

PRESS PUBLISHING COMPANY, INC., *ET ALS.*, PLAIN-TIFFS-PETITIONERS, v. WALTER C. WRIGHT, JR., DE-ENDANT-RESPONDENT.

*Messrs. Arkus & Cooper* and *Mr. Harry Green,* for the petitioners.

*Mr. Walter C. Wright, Jr., pro se.*

September 20, 1966. Denied.